# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Dawn A. Gibson | : | CASE NO: 18-56008 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

## NOTICE OF INTENTION
## TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00004 | Boucher & Boucher<br>Richard A. Boucher<br>12 West Monument Avenue, Suite 200<br>Dayton, OH  45402 | Not filed | 7.00 % | 0.00 % | Unsecured |
| 00002 | City of Columbus, Division of Tax<br>77 N Front Street<br>Columbus, OH  43215 | Not filed | 100.00 % | 0.00 % | Priority (new) |
| 00010 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | 1,585.34 | 7.00 % | 0.00 % | Unsecured |
| 00006 | Directv LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 | 716.19 | 7.00 % | 0.00 % | Unsecured |
| 00007 | Great Expectations<br>c/o Fair Collections & Outsourcing<br>12304 Baltimore Avenue, Suite E<br>Beltsville, MD  20705 | Not filed | 7.00 % | 0.00 % | Unsecured |
| 00008 | ImmediaDent<br>PO Box 11163<br>Overland Park, KS  66207 | Not filed | 7.00 % | 0.00 % | Unsecured |
| 00012 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | 148.08 | 7.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00009 | Kimberly Kelly<br>7573 Lambton Park Road<br>New Albany, OH  43054 | Not filed | 7.00 % | 0.00 % | Unsecured |
| 00011 | NATIONWIDE ENERGY PARTNERS<br>PO BOX 183009<br>COLUMBUS, OH  43218 | Not filed | 7.00 % | 0.00 % | Unsecured |
| 00013 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101 | 8,949.66 | 7.00 % | 0.00 % | Unsecured |
| 00014 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101 | 67,484.56 | 7.00 % | 0.00 % | Unsecured |
| 00005 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 798.07 | 7.00 % | 0.00 % | Unsecured |
| 00015 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 2,117.60 | 7.00 % | 0.00 % | Unsecured |
| 00019 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 680.26 | 7.00 % | 0.00 % | Unsecured |
| 00016 | Pulmonary and Sleep Consultants, LLC<br>PO Box 6045<br>Hilliard, OH  43026 | Not filed | 7.00 % | 0.00 % | Unsecured |
| 00017 | Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA  18773 | Not filed | 7.00 % | 0.00 % | Unsecured |
| 00018 | St. Anns Hospital<br>PO Box 89458<br>Cleveland, OH  44101 | Not filed | 7.00 % | 0.00 % | Unsecured |
| 00003 | State of Ohio<br>Department of Taxation<br>150 E Gay St. 21st Floor<br>Columbus, OH  43215 | Not filed | 100.00 % | 0.00 % | Priority (new) |

| CLM # | NAME AND ADDRESS OF CREDTIOR | | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|---|
| 00001 | Universal 1 Credit Union<br>2450 Esquire Dr<br>Beavercreek, OH  45431 | | 5,124.40 | 100.00 % | 5.00 % | Secured-506 |
| | | TOTAL | 87,604.16 | | | |
| 00000 | Laura M Nesbitt<br>The Nesbitt Law Firm<br>6037 Franz Road, Suite 102<br>Dublin, OH  43017 | | 2,700.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: May 09, 2019 _____

/s/Frank M. Pees _____
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re: Dawn A. Gibson                :          CASE NO: 18-56008

                                             :          CHAPTER 13

                                             :          JUDGE: C KATHRYN PRESTON

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Intention to Pay Claims was served (i) **electronically** on the

date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss

registered with the Court and (ii) by **ordinary U.S. Mail** on May 09, 2019 addressed to:

Dawn A. Gibson
6337 Needletail Road
Columbus, OH  43230

**See Creditor Matrix Attached**

                                        /s/Frank M. Pees
                                        FRANK M. PEES TRUSTEE
                                        130 E WILSON BRIDGE RD #200
                                        WORTHINGTON, OH  43085-6300
                                        (614)436-6700

Robert J. Gibson
290 Glenburn
Dayton, OH  454580000

Hunter G. Gibson
6337 Needletail Road
Columbus, OH  432300000

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  980830657

State of Ohio
Department of Taxation
150 E Gay St. 21st Floor
Columbus, OH  432150000

Portfolio Recovery Associates, LLC
120 Corporate Blvd, Ste 100
Norfolk, VA  235020000

Kimberly Kelly
7573 Lambton Park Road
New Albany, OH  430540000

Great Expectations
c/o Fair Collections & Outsourcing
12304 Baltimore Avenue, Suite E
Beltsville, MD  207050000

SYNCB/TJX CO DC
PO Box 965036
Orlando, FL  328965036

St. Anns Hospital
PO box 89458
Cleveland, OH  441010000

DirecTV
PO Box 6550
Englewood, CO  801550000

Sallie Mae
PO Box 9500
Wilkes Barre, PA  187730000

Macys/DSNB
PO Box 8218
Mason, OH  450400000

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  235410000

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA  235410000

Directv LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL  601975008

Universal 1 Credit Union
1 River Park Drive
Dayton, OH  454090000

City of Columbus, Division of Tax
77 N Front Street
Columbus, OH  432150000

Boucher & Boucher
Richard A. Boucher
12 West Monument Avenue, Suite 200
Dayton, OH  454020000

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud, MN  563020000

Nationwide Energy Partners
PO Box 183009
Columbus, OH  432180000

Dawn A. Gibson
6337 Needletail Road
Columbus, OH  432300000

PNC Bank
PO Box 3180
Pittsburgh, PA  152300000

Portfolio Recovery Associates, LLC
140Corporate Blvd
Norfolk, VA  235020000

Javitch Block & Rathbone
1100 Superior Ave, 19th Fl
Cleveland, OH  441140000

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  235410000

Alliance One Receivables
4850 E Street Rd
Suite 300
Feasterville Trevose, PA  190530000

Pulmonary and Sleep Consultants, LLC
PO Box 6045
Hilliard, OH  430260000

ImmediaDent
PO Box 11163
Overland Park, KS  662070000

Nordstrom/TD Bank
8502 E Princess Dr. Suite 150
Scottsdale, AZ  852550000

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH  441010000

Universal 1 Credit Union, Inc.
2450 Esquire Dr.
Beavercreek, OH  454310000

PNC Bank Mortgage Services
PO Box 8703
Dayton, OH  454015626

JP Recovery Services, Inc.
PO Box 16749
Rocky River, OH  441160749

Capital One
ATTN: Bankruptcy
PO Box 30285
Salt Lake City, UT  841300285