# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No.: 18-56008 |
| Dawn A. Gibson, | Chapter 13 |
| Debtor. | Judge C. Kathryn Preston |

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

Debtor, through counsel, hereby notifies the court of her updated address as follows:

Old Address:	6337 Needletail Road
Columbus, OH 43230

**New Address:**	**3880F Vicarstown Drive**
**Columbus, OH 43230**

Respectfully submitted,

July 31, 2019	/s/ Laura M. Nesbitt
Date	Laura M. Nesbitt (0082629)
The Nesbitt Law Firm
6037 Frantz Road, Suite 102
Dublin, OH 43017
(614) 800-0262 – phone
(614) 808-1627 – fax
*laura@nesbittfirm.com*
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Change of Address for Debtor* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on July 31, 2019 addressed to:

Dawn A. Gibson
3880F Vicarstown Ddrive
Columbus, OH 43230

/s/ Laura M. Nesbitt
Laura M. Nesbitt (0082629)
*Counsel for Debtor*